IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN MCCUTCHEON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 15-cv-00781-JPG-DGW |
| | ) |
| OFFICER STEWART, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the court on Plaintiff John McCutcheon's Motion (Doc. 25) for Consolidation. Plaintiff is requesting consolidation of this matter with *John McCutcheon v. Michael Schnicker, et al.*, 13-cv-00779-JPG-PMF, stating that "both cases are interconnected." (Doc. 25, pg. 1, underline in original.)

Federal Rule of Civil Procedure 42(a) allows the Court discretion to consolidate cases that involve a common question of law or fact. It is an abuse of discretion, however, to consolidate cases that, even though they involve claims of the same nature, involve "different allegations and time frames." *See King v. General Elec. Co.*, 960 F.2d 617, 626 (7th Cir. 1992).

In this matter, the claims are of the same nature, but they involve different time frames and defendants. The only remaining defendant in common between these two cases is Schnicker. Further, *John McCutcheon v. Michael Schnicker, et al.*, 13-cv-00779-JPG-PMF, has been in litigation for over two years. To consolidate it with a recently filed case would cause undue delay in its resolution.

Based on the foregoing, Plaintiff John McCutcheon's Motion (Doc. 25) for Consolidation is **DENIED.**

**IT IS SO ORDERED.**

**DATED:**   1/13/2016

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**
