IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN MCCUTCHEON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 15-cv-00781-JPG-DGW |
| OFFICER STEWART, *et al.*, | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter comes before the court on Plaintiff John McCutcheon's Stipulated Objections (Doc. 27) pursuant to 28 U.S.C. § 636(b) and Local Rule 73.1(b).  These rules provide that an objection to a magistrate judge's findings and recommendation can be filed within 14 days and the presiding district judge will make a *de novo* determination of those portions of the "findings or recommendations to which objection is made."

The difficulty with Plaintiff's objections is that Magistrate Judge Frazier has made no findings or recommendations in this matter.  He has also not entered any orders other than a single extension of time for responsive pleading.

No order is mentioned in Plaintiff's objections, and in fact, there is no statement, order, finding, recommendation and/or docket entry referenced that would identify to the court exactly what the Plaintiff's objections are referencing.  Therefore, Plaintiff John McCutcheon's Stipulated Objections (Doc. 27) is **DENIED**.

**IT IS SO ORDERED.**

**DATED:** 2/22/2016

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**